BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN
Special Assistant United States Attorney
Social Security Administration

333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: 415-977-8975
Fax:  415-744-0134
E-mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| JODEY E. GALVAN SULLIVAN, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.  2:11-cv-3252-CMK |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | FOR EXTENSION OF TIME TO FILE |
| MICHAEL J. ASTRUE, | ) | ANSWER |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance

of the attached Order, that the Commissioner shall have a first extension of time of 30 days in which to

file the Answer and administrative record.

Such relief is sought because of an unexpected delay in preparing and shipping the

administrative record.  Pursuant to 42 U.S.C. § 405(g), the administrative record is to be filed with the

Commissioner's Answer.  The agency component responsible for compiling and certifying

administrative records has been notified of this case and has agreed to prepare the administrative record

for this case forthwith.  The Commissioner anticipates that the administrative record will be ready for

filing within 30 days.

1    Given these constraints, the Commissioner respectfully requests an extension of 30 days in

2  which to file the Answer and administrative record.  The new due date for such filing will be April 18,

3  2012.

4    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

5    Respectfully submitted,

6

Dated: March 19, 2012    /s/ Shanny J. Lee
7    (As authorized via e-mail)
    SHANNY J. LEE
8    Attorney for Plaintiff

9

10    BENJAMIN B. WAGNER
    United States Attorney
11

12  Dated: March 19, 2012   By:  /s/ Brenda M. Pullin
    BRENDA M. PULLIN
13    Special Assistant United States Attorney

14

15

16    ORDER

17

18    IT IS SO ORDERED.

19

20   DATED:  March 22, 2012

21

22    CRAIG M. KELLISON
    UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

2