BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN
Special Assistant United States Attorney
Social Security Administration

    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone:  415-977-8975
    Fax:  415-744-0134
    E-mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JODEY E. GALVAN SULLIVAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>    Defendant.<br>_____ | CASE NO.  2:11-cv-3252-CMK<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME TO FILE<br>ANSWER |

      The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that the Commissioner shall have a first extension of time of 30 days in which to file the Answer and administrative record.

      Such relief is sought because of an unexpected delay in preparing and shipping the administrative record.  Pursuant to 42 U.S.C. § 405(g), the administrative record is to be filed with the Commissioner's Answer.  The agency component responsible for compiling and certifying administrative records has been notified of this case and has agreed to prepare the administrative record for this case forthwith.  The Commissioner anticipates that the administrative record will be ready for filing within 30 days.

1    Given these constraints, the Commissioner respectfully requests an extension of 30 days in

2  which to file the Answer and administrative record.  The new due date for such filing will be April 18,

3  2012.

4    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

5                                        Respectfully submitted,

6

7  Dated: March 19, 2012                  /s/ Shanny J. Lee
                                          (As authorized via e-mail)
8                                         SHANNY J. LEE
                                          Attorney for Plaintiff
9

10                                        BENJAMIN B. WAGNER
                                          United States Attorney
11

12  Dated: March 19, 2012         By:    /s/ Brenda M. Pullin
                                          BRENDA M. PULLIN
13                                        Special Assistant United States Attorney

14

15

16                                       ORDER

17

18    IT IS SO ORDERED.

19

20   DATED:  March 22, 2012

21

22                                       _____
                                          CRAIG M. KELLISON
23                                        UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

                                          2