Shanny J. Lee, Calif. Bar No. 213599
Law Offices of Harry J. Binder
and Charles E. Binder, P.C.
770 The City Drive South Suite 2000
Orange, CA 92868
Phone (714) 564-8640
Fax   (714) 940-0311
Email shannyjlee@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODEY E. GALVAN SULLIVAN, | ) No. 2:11-CV-03252-CMK |
| PLAINTIFF, | ) |
| v. | ) ORDER EXTENDING TIME FOR ) PLAINTIFF TO FILE MOTION FOR ) SUMMARY JUDGMENT |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| DEFENDANT. | ) |

PURSUANT TO STIPULATION, IT IS ORDERED THAT PLAINTIFF'S TIME IN WHICH TO SUBMIT HIS MOTION FOR SUMMARY JUDGEMENT IS EXTENDED FROM **June 2, 2012** TO **June 16, 2012.**

Dated:  June 5, 2012

**Date:  6/5/2012**

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Extension of Time to File Motion for Summary Judgement

- 1 -